**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Diane T. Blair a/k/a Diane B. Hornicek <br> Debtor(s) | CHAPTER 13 <br><br> BKY. NO. 22-11148 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc. ASSET-BACKED CERTIFICATES, SERIES 2006-13 and index same on the master mailing list.

Respectfully submitted,


/s/ Rebecca Solarz
Rebecca Solarz
03 Jun 2022, 12:14:06, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 98369fc617c7599971fa99c4d1f65c93e4cb912cdb96e74b2988a2ea5a075284