**Payroll Record**  DATE 3/11/22

EMPLOYEE: Diane Hornicek
ADDRESS: 683 Shropshire Dr.
EMPLOYER: Exton Dental Assoc.  S.S.N. [redacted]

| HOURS | SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL HRS. | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| REG. TIME | | 5 | 4 | | 4 | | | 13 | 13 | 167 00 |
| OVER TIME | | | | | | | | | | |
| PIECE WORK (UNIT OF WORK) | | | | | | | | | | |

SALARY FOR PAY PERIOD ENDING THIS DATE:
REMUNERATION (ROOM, BOARD, TIPS, ETC.):

GROSS EARNINGS: 167 00

NUMBER OF EXEMPTIONS: ☐

| DEDUCTIONS | |
|---|---|
| FEDERAL INCOME TAX | 000 |
| STATE INCOME TAX | 5.19 |
| MEDICARE TAX | 2.45 |
| SOCIAL SECURITY TAX | 10.48 |
| INSURANCE | |
| CASH ADVANCE | |
| MERCHANDISE BOUGHT | |
| BONDS, ETC. | 1.00 |
| OTHER: | 1.69 |
| LESS TOTAL DEDUCTIONS ▷ | 20.81 |
| NET EARNINGS THIS PAY PERIOD | 148.19 |

☐ CASH   ☐ CHECK NUMBER _____
RECEIVED BY: [signature]
EMPLOYER'S RECORD
adams D4743 08-11

---

**Payroll Record**  DATE 3/4/22

EMPLOYEE: Diane Hornicek
ADDRESS: 683 Shropshire Dr.
EMPLOYER: Exton Dental

| HOURS | SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL HRS. | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| REG. TIME | | 5 | 4 | | 4 | | | 13 | 13 | 167 00 |
| OVER TIME | | | | | | | | | | |
| PIECE WORK (UNIT OF WORK) | | | | | | | | | | |

SALARY FOR PAY PERIOD ENDING THIS DATE:
REMUNERATION (ROOM, BOARD, TIPS, ETC.):

GROSS EARNINGS: 167 00

NUMBER OF EXEMPTIONS: ☐

| DEDUCTIONS | |
|---|---|
| FEDERAL INCOME TAX | 000 |
| STATE INCOME TAX | 5.19 |
| MEDICARE TAX | 2.45 |
| SOCIAL SECURITY TAX | 10.48 |
| INSURANCE | |
| CASH ADVANCE | |
| MERCHANDISE BOUGHT | |
| BONDS, ETC. | |
| OTHER: | 1.00 / 1.69 |
| LESS TOTAL DEDUCTIONS ▷ | 20.81 |
| NET EARNINGS THIS PAY PERIOD | 148.19 |

☐ CASH   ☐ CHECK NUMBER _____
RECEIVED BY: [signature]
EMPLOYER'S RECORD
adams D4743 08-11

## Payroll Record — DATE 4/1/22

**Employee:** Diane Hornicek
**Address:** 683 Shropshire Dr.
**Employer:** Exton Dental

2ND QTR STARTS HERE

| SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL HRS. | RATE | AMOUNT |
|-----|-----|-----|-----|-----|-----|-----|------------|------|--------|
|     | 1   | 4   | 4   | 4   |     |     | 12         | 13   | 156.00 |

**GROSS EARNINGS:** 156.00

**Deductions:**
- Federal Income Tax: 0.00
- State Income Tax: 4.79
- Medicare Tax: 2.26
- Social Security Tax: 9.67
- (Other): 1.56

**LESS TOTAL DEDUCTIONS:** 18.28
**NET EARNINGS THIS PAY PERIOD:** 137.72

Received by: [signature]

---

## Payroll Record — DATE 3-14-22 – 3-18-22

**Employee:** Diane Hornicek
**Address:** 683 Shropshire Dr.
**Employer:** Exton Dental

| HOURS | SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL HRS. | RATE | AMOUNT |
|-------|-----|-----|-----|-----|-----|-----|-----|------------|------|--------|
| REG. TIME |  | 5 | 4 | - | - | 4 |  | 13 | 13 | 167.00 |

**GROSS EARNINGS:** 167.00

**Deductions:**
- Federal Income Tax: -0-
- State Income Tax: 5.19
- Medicare Tax: 2.45
- Social Security Tax: 10.48
- Bonds, etc.: 1.00
- Other: 1.69

**LESS TOTAL DEDUCTIONS:** 20.81
**NET EARNINGS THIS PAY PERIOD:** 148.19

Received by: [signature]

## Payroll Record 1

**Payroll Record** DATE: 4/8/22

EMPLOYEE: Diane Hornicek
ADDRESS: 683 Shropshire Dr.
EMPLOYER: Exton Dental
S.S.N.: [redacted]

| HOURS | SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL HRS. | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| REG. TIME | | 5 | 1 | 1 | 4 | 4 | | 13 | 13 | 167.00 |
| OVER TIME | | | | | | | | | | |
| PIECE WORK (UNIT OF WORK) | | | | | | | | | | |

SALARY FOR PAY PERIOD ENDING THIS DATE:
REMUNERATION (ROOM, BOARD, TIPS, ETC.):

GROSS EARNINGS: 167.00

| DEDUCTIONS | |
|---|---|
| FEDERAL INCOME TAX | 0.00 |
| STATE INCOME TAX | 5.19 |
| MEDICARE TAX | 2.45 |
| SOCIAL SECURITY TAX | 10.48 |
| INSURANCE | |
| CASH ADVANCE | |
| MERCHANDISE BOUGHT | |
| BONDS, ETC. | 1.00 |
| OTHER: | 1.67 |

LESS TOTAL DEDUCTIONS: 20.81
NET EARNINGS THIS PAY PERIOD: 148.19

☐ CASH   ☐ CHECK NUMBER: _____
RECEIVED BY: [signature]

EMPLOYER'S RECORD

## Payroll Record 2

**Payroll Record** DATE: 3/25/22

EMPLOYEE: Diane Hornicek
ADDRESS: 683 Shropshire Dr.
EMPLOYER: Exton Dental
S.S.N.: [redacted]

| HOURS | SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL HRS. | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| REG. TIME | | 5 | 4 | 1 | 4 | | | 13 | 13 | 167.00 |
| OVER TIME | | | | | | | | | | |
| PIECE WORK (UNIT OF WORK) | | | | | | | | | | |

SALARY FOR PAY PERIOD ENDING THIS DATE:
REMUNERATION (ROOM, BOARD, TIPS, ETC.):

GROSS EARNINGS: 169.00

| DEDUCTIONS | |
|---|---|
| FEDERAL INCOME TAX | 0.00 |
| STATE INCOME TAX | 5.19 |
| MEDICARE TAX | 2.45 |
| SOCIAL SECURITY TAX | 10.48 |
| INSURANCE | |
| CASH ADVANCE | |
| MERCHANDISE BOUGHT | |
| BONDS, ETC. | 1.00 |
| OTHER: | 1.69 |

LESS TOTAL DEDUCTIONS: 20.81
NET EARNINGS THIS PAY PERIOD: 148.19

☐ CASH   ☐ CHECK NUMBER: _____
RECEIVED BY: [signature]

EMPLOYER'S RECORD

**Payroll Record** — DATE: 4/21/22

- EMPLOYEE: Diane Hornicek
- ADDRESS: 683 Shropshire Dr.
- EMPLOYER: Exton Dental

| HOURS | SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL HRS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| REG. TIME | | 5 | 4 | | 4 | | | 13 | 13 | 167.00 |
| OVER TIME | | | | | | | | | | |

PIECE WORK / UNIT OF WORK:
SALARY FOR PAY PERIOD ENDING THIS DATE:
REMUNERATION (ROOM, BOARD, TIPS, ETC.):

GROSS EARNINGS: 167.00

NUMBER OF EXEMPTIONS: ☐

DEDUCTIONS:
- FEDERAL INCOME TAX: 0.00
- STATE INCOME TAX: 5.19
- MEDICARE TAX: 2.45
- SOCIAL SECURITY TAX: 10.48
- INSURANCE:
- CASH ADVANCE:
- MERCHANDISE BOUGHT:
- BONDS, ETC.: 1.00
- OTHER: 1.67

LESS TOTAL DEDUCTIONS ▷ 20.81
NET EARNINGS THIS PAY PERIOD: 148.19

☐ CASH  ☐ CHECK NUMBER
RECEIVED BY: [signature]
EMPLOYER'S RECORD

---

**Payroll Record** — DATE: 4/14/22

- EMPLOYEE: Exton Dental
- ADDRESS: 683 Shropshire Dr.
- EMPLOYER: Diane Hornicek

| HOURS | SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL HRS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| REG. TIME | | 5 | 4 | | 4 | | | 13 | 13 | 167.00 |
| OVER TIME | | | | | | | | | | |

GROSS EARNINGS: 167.00

DEDUCTIONS:
- FEDERAL INCOME TAX: 0.00
- STATE INCOME TAX: 5.19
- MEDICARE TAX: 2.45
- SOCIAL SECURITY TAX: 10.48
- BONDS, ETC.: 1.00
- OTHER: 1.67

LESS TOTAL DEDUCTIONS ▷ 20.81
NET EARNINGS THIS PAY PERIOD: 148.19

EMPLOYER'S RECORD

**Payroll Record**  DATE 4/29/22

| EMPLOYEE | Diane Hornicek |
|---|---|
| ADDRESS | 683 Shropshire Dr. |
| EMPLOYER | Exton Dental |

| HOURS | SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL HRS. | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| REG. TIME | | 5 | 4 | | 4 | | | 13 | 13 | 167 00 |
| OVER TIME | | | | | | | | | | |

| PIECE WORK | UNIT OF WORK | | |
|---|---|---|---|
| SALARY FOR PAY PERIOD ENDING THIS DATE | | | |
| REMUNERATION (ROOM, BOARD, TIPS, ETC.) | | | |
| | | GROSS EARNINGS | 167 00 |

| NUMBER OF EXEMPTIONS | | DEDUCTIONS | |
|---|---|---|---|
| FEDERAL INCOME TAX | | 000 | |
| STATE INCOME TAX | | 5 19 | |
| MEDICARE TAX | | 245 | |
| SOCIAL SECURITY TAX | | 10 48 | |
| INSURANCE | | | |
| CASH ADVANCE | | | |
| MERCHANDISE BOUGHT | | | |
| BONDS, ETC. | | 1 00 | |
| OTHER: | | 1 67 | |
| | LESS TOTAL DEDUCTIONS ▷ | 20 81 | |
| | NET EARNINGS THIS PAY PERIOD | 148 19 | |

☐ CASH   ☐ CHECK NUMBER _____

RECEIVED BY

EMPLOYER'S RECORD