| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 22-11148-AMC**

| | |
|---|---|
| Diane T. Blair | Petition Filed Date: 05/02/2022 |
| 683 Shropshire Drive | 341 Hearing Date: 07/15/2022 |
| West Chester  PA    19382 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

***There were no receipts posted to this case for the time period selected***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JOSEPH F CLAFFY ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | REGIONAL ACCEPTANCE CORP<br>»»  001 | Secured Creditors | $20,643.81 | $0.00 | $0.00 |
| 2 | SPECIALIZED LOAN SERVICING LLC<br>»»  002 | Mortgage Arrears | $32,294.94 | $0.00 | $0.00 |
| 3 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  003 | Unsecured Creditors | $531.54 | $0.00 | $0.00 |
| 4 | PLUM TREE HOA<br>»»  004 | Secured Creditors | $11,830.09 | $0.00 | $0.00 |
| 5 | QUANTUM3 GROUP LLC<br>»»  005 | Unsecured Creditors | $1,311.76 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»»  006 | Unsecured Creditors | $293.39 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  007 | Unsecured Creditors | $951.87 | $0.00 | $0.00 |
| 8 | EAST BRADFORD TOWNSHIP<br>»»  008 | Secured Creditors | $7,464.28 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-11148-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $800.00 |
| Paid to Claims: | $0.00 | Arrearages: | $2,400.00 |
| Paid to Trustee: | $0.00 | Total Plan Base: | $82,761.42 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.