UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Diane T. Blair | Bankruptcy No.22-11148-AMC |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 13th day of September, 2022, by first class mail upon those listed below:

Diane T. Blair
683 Shropshire Drive
West Chester, PA  19382

**Electronically via CM/ECF System Only:**

JOSEPH F CLAFFY ESQ
JOSEPH F CLAFFY & ASSOCIATES
26 S CHURCH ST  ST 1 SOUTH
WEST CHESTER, PA  19382

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee