IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     DIANE T. BLAIR     :     CHAPTER 13

DEBTOR     :     CASE NO. 22-11148 amc

## CERTIFICATION OF SERVICE OF FIRST AMENDED CHAPTER 13 PLAN

I certify that I have, on the 1st day of November, 2022, served a copy of the Debtor's FIRST Amended Chapter 13 Plan, filed the 1st day of November upon the following entities :

<u>VIA ECF</u>

KENNETH E. WEST, Standing Chapter 13 Trustee, and U.S. Trustee

<u>VIA FIRST CLASS U.S. MAIL</u>  deposited November 1, 2022

upon all secured and adversely effected creditors as follows:

REGIONAL ACCEPTANCE CORPORATION
CEO BILL JONES
1424 East Fire Tower Road
Greenville, N.C. 27858
via first class US mail

Brian C. Nicholas Esq.
KML LAW GROUP
Attorney for BNY MELLON TRUSTEE
and Specialized Loan Servicing via ECF

EAST BRADFORD TOWNSHIP
c/Portnoff Law Associates via ECF

PLUM TREE HOMEOWNERS ASSOCIATION
c/o Shew Management
P.O. Box 1605
West Chester, PA 19380 via first class US Mail

and priority creditors, co-debtors ( if any), any adversely effected unsecured creditors (if any) parties in interest and those requesting notice.

                 /s/Joseph F. Claffy, Esq.
                 JOSEPH F. CLAFFY, ESQUIRE
                 Attorney I.D. # 35142
                 26 S. Church Street
                 West Chester, PA 19382
                 610-429-0900 claffylaw@aol.com
                 Attorney for Debtor